Case 1:20-cv-05121-CBA-JRC   Document 35   Filed 03/18/22   Page 1 of 1 PageID #: 184

Clerk's Office
Filed Date: 3/18/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NIKKO CARLOS VEGA,

                                        Plaintiff,

   v.

CAREY LIMOUSINE NY, INC., CAREY
INTERNATIONAL, INC., GARY L. KESSLER,
SALLY A. SNEAD, RAMON R. KAMEL, and
MITCHELL LAHR,

                                        Defendants.
----------------------------------------------------------------X

JUDGMENT
20-CV-05121-CBA-JRC

A Memorandum and Order of Honorable Carol B. Amon, United States District Judge, having been filed on March 18, 2022, adopting the Report and Recommendation of Magistrate Judge James R. Cho, dated February 18, 2022, granting Defendants' motion to dismiss; and dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b); it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York
       March 18, 2022

                                                                Brenna B. Mahoney
                                                                Clerk of Court

                                              By:    */s/Jalitza Poveda*
                                                            Deputy Clerk